**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ROSENDO MARTINEZ, JR.**                                                                **PETITIONER**

VS.                           **CASE NO. 2:08CV00164 JMM**

**T.C. OUTLAW,**
**WARDEN, FCI FORREST**
**CITY, ARKANSAS**                                                                **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.

IT IS SO ORDERED this 20th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE